IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | |
| --- | --- | --- |
| | : | CRIMINAL NO. 07-717 |
| v. | : | |
| DANIEL SIDDONS | : | |

# ORDER

**AND NOW,** this 10th day of December, 2009, it is hereby **ORDERED** that Defendant's Motion to Withdraw Guilty Plea (Doc. No. 80) is **DENIED.**

**IT IS SO ORDERED.**

*/s Paul S. Diamond*

_____

**Paul S. Diamond, J**